542 A.2d 996

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Robert Scott EICHELBERGER, Petitioner.**

Supreme Court of Pennsylvania.

June 13, 1988.

204

## ORDER

PER CURIAM.

The petition for allowance of appeal is granted. The matter is remanded for a new trial consistent with *Commonwealth v. Heck*, 517 Pa. 192, 535 A.2d 575 (1987).